IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY COLE,

      Petitioner,

  -vs-

MICHAEL P. ATCHISON,

      Defendant.                  No. 12-cv-176-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 22, 2014 (Doc.32), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                  BY:  s/*Caitlin Fischer*
                                               Deputy Clerk

**DATED:** July 22, 2014

Digitally signed by David R. Herndon
Date: 2014.07.22 16:24:31 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**